UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARKEL AMERICAN INSURANCE
COMPANY

VERSUS

STURGON L. COCKRELL

CIVIL ACTION

NO. 06-603-JJB

## JUDGMENT

For reasons assigned in the record,

IT IS ORDERED, ADJUDGED AND DECREED, that a declaratory judgment be entered in favor of plaintiff, Markel American Insurance Company, and against defendant Sturgon L. Cockrell declaring there is no coverage under plaintiff's policy.

Baton Rouge, Louisiana, March 31, 2010.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA